UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALTERNATIVE MEDICINE AND PHARMACY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:14CV1469 CDP |
| EXPRESS SCRIPTS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that the renewed motion for temporary restraining order [#20] is denied.

**IT IS FURTHER ORDERED** that the motion for leave to file in excess of the page limitation [#22] and motion for leave to file sealed document [#24] are granted.

**IT IS FURTHER ORDERED** that by **12:00 noon on Wednesday, September 17, 2014**, defendant shall file a statement of compliance certifying the following: As to any individual members of defendant's client health plans previously notified by mail that plaintiff no longer participates in their pharmacy

network, defendant has sent a letter to these individuals informing them that plaintiff and defendant are currently involved in litigation in this Court and that plaintiff will continue to participate in their pharmacy network pending the Court's ruling on plaintiff's motion for preliminary injunction set for hearing on September 25, 2014. Defendant's statement of compliance shall also inform the Court of the number of letters originally sent out to individual members of its client health plans and the date(s) upon which they were sent, as well as the number of letters sent out in compliance with this Memorandum and Order and the date(s) upon which they were sent out.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of September, 2014.