ED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALTERNATIVE MEDICINE AND PHARMACY, INC., d/b/a OMNIPLUS PHARMACY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:14 CV 1469 CDP |
| EXPRESS SCRIPTS, INC., and MEDCO HEALTH SERVICES, INC., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

With no objection by plaintiff,

**IT IS HEREBY ORDERED** that defendants' motion for leave to amend [#74] is granted, and defendants' amended answer and counterclaim are deemed filed as of this date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2015.