UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALTERNATIVE MEDICINE AND PHARMACY, INC., d/b/a OMNIPLUS PHARMACY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4: 14 CV 1469 CDP |
| EXPRESS SCRIPTS, INC., et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Having carefully considered plaintiff's motion to compel, it must be denied in all respects as defendants' "true motive" in breaching the contract is not relevant to plaintiff's claims. Contrary to plaintiff's argument, this is not a discrimination case and pretext is not an element of plaintiff's case. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [92] is denied.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file under seal [95] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2015.