**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ALTERNATIVE MEDICINE ) <br> AND PHARMACY, INC. d/b/a ) <br> OMNIPLUS PHARMACY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXPRESS SCRIPTS, INC. ) <br> and MEDCO HEALTH SERVICES ) <br> INC., ) <br> Defendants. ) | Case No. 4:14-cv-01469-CDP |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, plaintiff Alternative Medicine and Pharmacy, Inc. d/b/a OmniPlus Pharmacy ("OmniPlus") hereby moves for an order compelling defendants Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively "Express Scripts") to respond to Interrogatories 1(c), 1(e), 2(d) and 2(f) of OmniPlus' third set of interrogatories and Request for Production No. 1 of OmniPlus' third set of requests for production.  The discovery requests at issue seek information and documents regarding how Express Scripts has calculated its alleged damages on its counterclaim and confirming that Express Scripts received reimbursement from third parties for the amounts it seeks to recover.  Such information is highly relevant to assessing whether Express Scripts has incurred any of its alleged damages.  In support of this motion, OmniPlus adopts all of the grounds set forth in its accompanying memorandum of law.

LOCAL RULE 37-3.04 CERTIFICATION

Pursuant to Local Rule 37-3.04, counsel for OmniPlus certifies that he has attempted in good faith to resolve the foregoing dispute with opposing counsel.  Counsel discussed OmniPlus' need for this information and Express Scripts' willingness (or unwillingness) to provide it by telephone on or about November 16, 2015 and in e-mail correspondence on November 17, 2013.  Despite sincere efforts to resolve their differences, the parties do not agree on whether defendants should be required to provide additional information and documents in response to the interrogatory and document request at issue in this motion.

WHEREFORE, OmniPlus respectfully requests that the court grant its motion to compel discovery, order Express Scripts to answer Interrogatories 1(c), 1(e), 2(d) and 2(f) of OmniPlus' third set of interrogatories and produce all documents responsive to Request for Production No. 1 of OmniPlus' third set of requests for production of documents and grant such other and further relief as the court deems just and proper.

 Respectfully submitted,

 SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP

 */s/ Erin M. Leach*
 Douglas W. King - #34242 MO
 Erin M. Leach - #66924MO
 1 North Brentwood Blvd., Suite 800
 St. Louis, MO 63105
 (314) 241-3963
 (314) 241-2509 – Fax
 dking@shandselbert.com
 eleach@shandselbert.com

 Attorneys for plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2015, a copy of the foregoing was filed with the Court to be served electronically by operation of the Court's CM/ECF system on all counsel of record.

_____/s/ Erin M. Leach__