UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALTERNATIVE MEDICINE AND PHARMACY, INC., d/b/a OMNIPLUS PHARMACY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:14 CV 1469 CDP |
| EXPRESS SCRIPTS, INC., et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Having carefully considered plaintiff's motion to compel, it will be granted. Defendants must provide specific responses, in writing and under oath, to Interrogatories 1(c), 1 (e), 2(d) and 2(f), and must produce all responsive documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [98] is granted, and defendants must answer the interrogatory subparts and produce the documents within ten (10) days of today's date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2015.